**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6049

WILLIAM R. ABBOTT,

                Petitioner - Appellant,

        v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Robert G. Doumar, Senior
District Judge.  (2:11-cv-00567-RGD-TEM)

Submitted:  March 29, 2012            Decided:  April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William R. Abbott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William R. Abbott, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Abbott v. United States</u>, No. 2:11-cv-00567-RGD-TEM (E.D. Va. Nov. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>